IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WILLIE CHARLES HALL,

      Appellant,

 v.

                                  Case No.  5D22-1856
                                  LT Case No. 2003-CF-002008-C

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 29, 2022

3.850 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Willie Charles Hall, Miami, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.